UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JEANNICE TSE, | : | 20-Cv-9347 (SHS) |
| Plaintiff, | : | |
| -v- | | ORDER |
| | : | |
| CAPITAL ONE FINANCIAL CORPORATION, ELIZABETH KHATRI, and SIMON LINDENMANN, | : | |
| | : | |
| Defendants. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial pretrial conference having been held today via telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.    The last day for plaintiff to file an amended complaint is March 22, 2021;

      2.    If defendants move to dismiss the amended complaint, to the extent that motion is granted on the basis of pleading matters, that determination will be with prejudice; and

      3.    Defendants' motion to dismiss the complaint [Doc. No. 20] is dismissed as moot.

Dated: New York, New York
       February 22, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.