UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEANNICE TSE,                                :        20-Cv-9347 (SHS)

               Plaintiff,           :
-v-                                          :        ORDER
                                             :
CAPITAL ONE FINANCIAL CORPORATION,
ELIZABETH KHATRI, and SIMON                  :
LINDENMANN,
                                             :
               Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear oral argument on defendants' motion for partial dismissal of plaintiff's amended complaint on February 8, 2022, at 3:30 p.m. in Courtroom 23A.

Dated: New York, New York
       January 26, 2022

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.