UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEANNICE TSE,                                : 20-Cv-9347 (SHS)

                Plaintiff,  :

-v-                                          :  ORDER

                                                :

CAPITAL ONE FINANCIAL CORPORATION,
ELIZABETH KHATRI, and SIMON                  :
LINDENMANN,
                                         :

                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the oral argument scheduled for February 18 is adjourned to March 4, 2022, at 9:00 a.m. and will be held in Courtroom 23A.

Dated: New York, New York
       February 17, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.