UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEANNICE TSE, : 20-Cv-9347 (SHS)
                Plaintiff,

   -v- : <u>ORDER</u>

CAPITAL ONE FINANCIAL CORPORATION, :
ELIZABETH KHATRI, and SIMON
LINDENMANN, :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Oral argument having been held today on defendants' motion for partial dismissal of plaintiff's amended complaint [Doc. No. 32],

    IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, the defendants' motion to dismiss plaintiff's Title VII hostile work environment claims in Count One and its failure to accommodate claims under the Americans with Disabilities Act, the New York State Human Rights Law, and New York City Human Rights Law in Count Four is granted;

2. The defendants' motion to dismiss the discrimination claims against defendant Khatri in Counts Two and Three is denied;

3. The following claims remain in dispute: the plaintiff's discrimination claims under Title VII in Count One; the plaintiff's claims under the New York State Human Rights Law in Count Two; the plaintiff's claims under the New York City Human Rights Law in Count Three; and the plaintiff's retaliation claims under Title VII, the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law in Count Five.;

4. There will be a pretrial conference on June 9, 2022, at 9:30 a.m.;

5. The last day for completion of discovery is June 30, 2022; and

6. Any discovery disputes shall be brought to the Court's attention, in writing, far enough in advance of June 30, 2022, in order for the dispute to be adjudicated and any necessary discovery taken before the close of discovery on June 30, 2022.

Dated: New York, New York
       March 4, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.