UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JEANNICE TSE,   :   20-Cv-9347 (SHS)
               Plaintiff,

   -v-   :   ORDER

CAPITAL ONE FINANCIAL CORPORATION,   :
ELIZABETH KHATRI, and SIMON
LINDENMANN,   :
               Defendants.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today by telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.    Defendants shall respond to plaintiff's interrogatories and document demands by June 20, 2022;

      2.    Plaintiff shall respond to defendants' interrogatories and document demands by June 24, 2022;

      3.    Plaintiff shall be deposed on or before July 12, 2022;

      4.    The last day for completion of fact discovery is extended to August 11, 2022;

      5.    There will be a status conference on August 11, 2022, at 10:00 a.m. in Courtroom 23A; and

      6.    Any discovery disputes shall be brought to the Court's attention, in writing, far enough in advance of August 11, 2022, in order for the dispute to be adjudicated and any necessary discovery taken before the close of discovery on August 11, 2022.

Dated: New York, New York
       June 9, 2022

                                                   SO ORDERED:

                                                   Sidney H. Stein, U.S.D.J.