UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEANNICE TSE,
                   Plaintiff,    :    20-Cv-9347 (SHS)

     -v-    :    <u>ORDER</u>

CAPITAL ONE FINANCIAL CORPORATION,  :
ELIZABETH KHATRI, and SIMON
LINDENMANN,    :
                   Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court has received a joint letter dated today [Doc. No. 55] requesting an extension of the discovery deadline in this action and previewing a request for a further extension of discovery as well as motion practice prior to the end of that further extended discovery deadline. This is unacceptable.

        IT IS HEREBY ORDERED that the parties are directed to appear for a conference in Courtroom 23A tomorrow, July 21, at 2:00 p.m.

Dated: New York, New York
       July 20, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.