UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JEANNICE TSE, | : | 20-Cv-9347 (SHS) |
| Plaintiff, | | |
| -v- | : | ORDER |
| | | |
| CAPITAL ONE FINANCIAL CORPORATION, ELIZABETH KHATRI, and SIMON LINDENMANN, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today, with counsel for all parties appearing,

IT IS HEREBY ORDERED that:

1. The last day for completion of all discovery is extended to September 15, 2022;

2. There will be a status conference on September 15, 2022, at 10:00 a.m. in Courtroom 23A;

3. Any discovery disputes shall be brought to the Court's attention, in writing, far enough in advance of September 15, 2022, in order for the dispute to be adjudicated and any necessary discovery taken before the close of discovery on September 15, 2022; and

4. The August 11, 2022, conference is cancelled.

Dated: New York, New York
July 21, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.