UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JEANNICE TSE,                                    :    20-Cv-9347 (SHS)
             Plaintiff,
    -v-                                          :    ORDER

CAPITAL ONE FINANCIAL CORPORATION,               :
ELIZABETH KHATRI, and SIMON
LINDENMANN,                                      :
             Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of all discovery is October 3, 2022;

    2.    The last day for defendants to file a summary judgment motion is November 28, 2022;

    3.    Plaintiff's opposition to the summary judgment motion shall be filed on or before December 12, 2022;

    4.    Defendants' reply shall be filed on or before December 19, 2022; and

    5.    This matter is being referred to the Court-annexed Mediation Program.

Dated: New York, New York
       September 15, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.