# Ogletree Deakins

**MEMO ENDORSED**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Kelly M. Cardin
212-492-2067
kelly.cardin@ogletree.com

October 27, 2022

*[Handwritten: 10/27/22 Application denied. So ordered. Sidney H. Stein U.S.D.J.]*

**VIA ECF**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Jeannice Tse v. Capital One Financial Corporation et al*
Case No. 1:20-cv-09347

Dear Judge Stein:

We represent Defendants Capital One Financial Corporation ("Capital One"), Simon Lindenmann, and Elizabeth Khatri (collectively "Defendants") in the above-referenced action. The parties have mutually agreed to engage in mediation, and have scheduled a mediation session on November 9, 2022. Accordingly, Defendants respectfully request that the Court issue an order staying the deadlines for Defendants' anticipated motion for summary judgment to allow the parties to proceed with mediation and attempt to resolve this case without incurring further fees or costs.

Defendants further propose that, within seven (7) days of the mediation session, the parties submit a status letter either reporting that the case has resolved in principle, or if mediation is unsuccessful, requesting that the Court set new deadlines for summary judgment briefing.

Thank you for the Court's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Kelly M. Cardin*
Kelly M. Cardin
Jessica R. Schild

cc: All counsel of record

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis
Morristown • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • Richmond
St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

53529383.v1-OGLETREE